

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00901-CV

**IN RE FAIR OAKS COUNTRY STORE, LLC**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Beth Watkins, Justice

Delivered and Filed: April 19, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On December 30, 2022, relator filed a petition for writ of mandamus. After considering the petition, real parties in interests' responses, relator's reply, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's Unopposed Motion to Extend or Clarify Time to File Reply Brief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020CI14929, styled *Stacy Marc Barrus as Turnover Receiver for Victor Farias and Integrity Aviation and Leasing, LLC, and Gina Perez, Lisa Aldaco, Olga Perez-Meredith, Viola Fraga, Elaine Castillo, Susan Perez, and Joann Aguilar vs. Fair Oaks Country Store, LLC*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.